# Court of Appeals
# of the State of Georgia

ATLANTA, September 18, 2013

*The Court of Appeals hereby passes the following order:*

## A13A2431.  SALLEE v. THE STATE

This appeal was docketed on August 13, 2013. The appellant's brief, including enumerations of error, was due to be filed no later than September 3, 2013. See Court of Appeals Rule 23 (a).  According to this Court's records, appellant is represented by counsel.  As of the date of this order, counsel has not filed a brief on behalf of appellant and has not requested an extension.  Accordingly, this appeal is hereby DISMISSED for appellant's failure to file a brief and enumeration of errors in support of his appeal.

Since appellant is represented by counsel, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995): This appeal has been dismissed because your attorney has failed to file a brief on your behalf.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing your conviction.  If the trial court enters an order denying your request, you will have 30 days from the filing of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to appellant as well as to appellant's attorney, and the latter is also directed to send a copy to appellant.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, September 18, 2013*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*